```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 31009
   RICHARD SCHICITANO
   THERESA SCHICITANO                         CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1277    SSN XXX-XX-7779


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/13/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 02/04/2009.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
BROOKSIDE GLEN P U D TOW  SECURED NOT I     3115.56          .00            .00
NEMANICH CONSULTING & MG  CURRENT MORTG         .00          .00            .00
NEMANICH CONSULTING & MG  SECURED              .00          .00          240.00
TAYLOR BEAN & WHITAKE     CURRENT MORTG         .00          .00            .00
TAYLOR BEAN & WHITAKE     UNSECURED       NOT FILED          .00            .00
TAYLOR BEAN & WHITAKE     MORTGAGE ARRE   14500.00          .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED        27768.89          .00            .00
ASSOCIATED ALLERGISTS     UNSECURED       NOT FILED          .00            .00
CHRISTOPHER KARDASIS MD   UNSECURED       NOT FILED          .00            .00
CITI MORTGAGE             UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED          773.69          .00            .00
EDWARD J PAVLIK DDS       UNSECURED       NOT FILED          .00            .00
FOREFRONT ADULT & PEDIAT  UNSECURED       NOT FILED          .00            .00
FOREFRONT ADULT & PEDIAT  UNSECURED       NOT FILED          .00            .00
FOREFRONT ADULT & PEDIAT  UNSECURED       NOT FILED          .00            .00
FOREFRONT ADULT & PEDIAT  UNSECURED       NOT FILED          .00            .00
ST JAMES HOSPITAL         UNSECURED       NOT FILED          .00            .00
HOUSEHOLD FINANCE CORPOR  UNSECURED       NOT FILED          .00            .00
HSBC BANK                 SECURED NOT I   NOT FILED          .00            .00
HSBC BANK                 UNSECURED       NOT FILED          .00            .00
HSBC BANK                 UNSECURED       NOT FILED          .00            .00
HSBC BANK                 UNSECURED       NOT FILED          .00            .00
HSBC BANK                 UNSECURED       NOT FILED          .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          288.53          .00            .00
ARBOR EYE CARE            UNSECURED       NOT FILED          .00            .00
MOKENA FOOT & ANKLE CLIN  UNSECURED       NOT FILED          .00            .00
MOKENA FOOT & ANKLE CLIN  UNSECURED       NOT FILED          .00            .00
ST JAMES HOSPITAL         UNSECURED       NOT FILED          .00            .00
WOMENS HEALTH CARE CENTE  UNSECURED       NOT FILED          .00            .00
NICOR GAS                 UNSECURED       NOT FILED          .00            .00
SPRINT                    UNSECURED       NOT FILED          .00            .00
ST JAMES HOSPITAL         UNSECURED       NOT FILED          .00            .00
ST JAMES HOSPITAL C U     UNSECURED       NOT FILED          .00            .00
THOMAS P MALONEY DDS      UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 31009 RICHARD SCHICITANO & THERESA SCHICITANO
```

```
TAYLOR BEAN & WHITAKER M MORTGAGE NOTI NOT FILED              .00          .00
HOUSEHOLD FINANCE CORPOR SECURED NOT I   15775.42             .00          .00
JAHNKE & TOOLIS          DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                         18.62
DEBTOR REFUND            REFUND                                            .00

      Summary of Receipts and Disbursements:
   ---------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
   ---------------------------------------------------------------------------
TRUSTEE                     258.62

PRIORITY                                             .00
SECURED                                           240.00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               18.62
DEBTOR REFUND                                        .00
                         --------------    --------------
TOTALS                      258.62             258.62
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/17/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 31009 RICHARD SCHICITANO & THERESA SCHICITANO